

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00848-CV

**IN RE** Samantha **LOZANO**

Original Mandamus Proceeding[1]

Opinion by:    Rebeca C. Martinez, Justice
Dissenting Opinion by:  Luz Elena D. Chapa, Justice

Sitting:        Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  December 20, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On December 4, 2013, relator Samantha Lozano filed a petition for writ of mandamus and a motion for temporary relief seeking to stay the trial of the underlying suit for modification of a parent-child relationship order pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion to stay the trial in the modification proceeding are denied. *See* TEX. R. APP. P. 52.8(a).

Rebeca C. Martinez, Justice

---

[1] This proceeding arises out of Cause No. 2010EM500779, styled *In the Interest of M.A.J., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.